272 So.2d 282

**James M. TRINKLER, alias**

v.

**STATE.**

**3 Div. 125, 126, 127.**

Court of Criminal Appeals of Alabama.

Oct. 10, 1972.

Rehearing Denied Nov. 14, 1972.

Robert Eugene Smith, Towson, Md., D. Freeman Hutton, Atlanta, Ga., for appellant.

William J. Baxley, Atty. Gen., and John A. Yung, IV, Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

On authority of McKinney v. State, 287 Ala. 648, 254 So.2d 714, cert. denied 1972, 405 U.S. 1075, 92 S.Ct. 1499, 31 L.Ed.2d 809. The judgments in these appeals are separately and severally

Affirmed.

All the judges concur.

274 So.2d 644

**In re The UNITED STATES PIPE AND FOUNDRY COMPANY, a corporation, Plaintiff,**

v.

**LOCAL 7918 UNITED MINE WORKERS OF AMERICA et al., Respondents.**

**Ex parte Dorman MUSGROVE, Jr., et al.**

**6 Div. 301.**

Court of Criminal Appeals of Alabama.

Feb. 20, 1973.

PER CURIAM.

Petitioner's motion to dismiss and quash the Writ of Certiorari is hereby granted and cause is remanded.

All the Judges concur.